### PHILIP OWENS v. WILLIAM C. HALL

ERROR to the district court of Brown county. Action for specific performance of contract for sale of real estate.

BY THE COURT—Held:

1. The action may be brought either in the county where the land lies, or in that where one of the defendants resides.

2. A decree for a specific performance on the part of the defendant, without finding or requiring performance on the part of the plaintiff of his part of the agreement, is erroneous.

Judgment reversed.

*A. G. W. Carter* and *J. B. Eaton*, for plaintiff in error.

*White, Taylor, Murray & Johnston*, for defendant in error.